IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-01944-CMA-BNB

RENARDO COLLINS,

    Plaintiff,

v.

NCB MANAGEMENT SERVICES, INC., a Pennsylvania corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and Plaintiff's Notice of Dismissal With Prejudice (Doc. # 5), it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees and costs.

DATED: August __05__, 2011

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge